```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08945
    MAUVE A GLOVER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6176

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/11/2008 and was confirmed 08/04/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   CURRENT MORTG         .00          .00            .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE    22059.00          .00        2355.20
CHICAGO PATROLMENS C U    UNSEC W/INTER     3563.61          .00            .00
CREDIT PROTECTION         UNSEC W/INTER   NOT FILED          .00            .00
DEPENDON COLLECTION       UNSEC W/INTER   NOT FILED          .00            .00
HSBC NV/GM CARD           UNSEC W/INTER   NOT FILED          .00            .00
MARQUETTE CONSUMER FINAN  UNSEC W/INTER    12339.29          .00            .00
MERRICK BANK              UNSEC W/INTER      711.45          .00            .00
NW COLLECTOR              UNSEC W/INTER   NOT FILED          .00            .00
WEST ASSET MANAGEMENT     UNSEC W/INTER   NOT FILED          .00            .00
SAXON MORTGAGE SERVICES   NOTICE ONLY     NOT FILED          .00            .00
GMAC                      UNSEC W/INTER     4147.64          .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                        204.80
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,560.00

PRIORITY                                         .00
SECURED                                     2,355.20
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           204.80
DEBTOR REFUND                                    .00
                     ---------------      ---------------
TOTALS                  2,560.00             2,560.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 08945 MAUVE A GLOVER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |